# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v
LARRY SIMS

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case No. 3 21-cr-00221

USM No. 28653-510

Kerry Haymaker
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1 of the term of supervision

☐ was found in violation of condition(s) count(s) ______ after denial of guilt

The defendant is adjudicated guilty of these violations.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 07/14/2026 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc Sec No 2081

Defendant's Year of Birth 1974

City and State of Defendant's Residence
Clarksville, Tennessee

10/05/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 6, 2026
Date

DEFENDANT: LARRY SIMS
CASE NUMBER: 3 21-cr-00221

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Time served (1 day)

☐ The court makes the following recommendations to the Bureau of Prisons

☐ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a m ☐ p m on ______________________

☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal

☐ as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows

Defendant delivered on ________________________ to ____________________________

at ________________________ with a certified copy of this judgment

____________________________________
UNITED STATES MARSHAL

By ____________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: LARRY SIMS
CASE NUMBER: 3.21-cr-00221

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of

A term of supervised release to terminate on February 19, 2029, with the same conditions previously imposed